FILED
99 MAR 26 PH 12: 03
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LEONARD HAMILTON-BEY, )
)
    Plaintiff, )
)
vs. ) CV 95-G-2856-S
)
ROY E. HIGHTOWER, Warden; )
SGT. GLEN MARTIN; )
CHAPLAIN BILL LINDSEY; and )
OFFICER HAROLD BREWER, )
)
    Defendants. )

ENTERED
MAR 2 6 1999

## MEMORANDUM OF OPINION

Following an evidentiary hearing held November 17, 1998, the magistrate judge filed a report and recommendation on March 11, 1999, setting forth proposed findings of fact and conclusions of law for consideration by the court. The magistrate judge also recommended that judgment be entered in favor of the defendants and against the plaintiff. Plaintiff filed objections to the report and recommendation on March 25, 1999.

Plaintiff's objections contain a number of evidentiary objections which were not raised at the evidentiary hearing and which are now untimely. Plaintiff also challenges virtually every proposed factual finding made by the magistrate judge, as well as the magistrate judge's analysis of each of plaintiff's claims. The court has now reviewed and considered de novo all the materials in the file, including the transcript of the evidentiary hearing and plaintiff's objections. The court concurs in both the findings of fact and the conclusions of law set forth by the magistrate judge.

59

The objections raised to the report and recommendation are due to be OVERRULED and the report and recommendation is hereby ADOPTED and ACCEPTED by the court. The Court will enter judgment in favor of the defendants and against the plaintiff.

DONE this the 26th day of March, 1999.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE